# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

AARON DAIGLE (#554337)

VERSUS

ELAYN HUNTS MEDICAL
DEPT., ET AL.

CIVIL ACTION

24-853-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Scott D. Johnson dated March 16, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that the exercise of supplemental jurisdiction over potential state law claims is declined and this action is **DISMISSED WITH PREJUDICE** for failure to state a claim and as legally frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on this 27 day of April, 2026.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 7.